No. 963.   FARNUM *v.* CONNECTICUT ET AL.   C. A. 2d Cir.   Certiorari denied.

No. 969.   DAVIDITIS, ALIAS DAVIS, ET AL. *v.* NATIONAL BANK OF MATTOON, MATTOON, ILLINOIS.   Supreme Court of Illinois.   Certiorari denied.

No. 970.   VOGLINO ET AL. *v.* UNITED STATES.   C. A. 4th Cir.   Certiorari denied.   *Ellsworth T. Simpson* for petitioners.   *Solicitor General Rankin, Assistant Attorney General Anderson, Beatrice Rosenberg* and *Carl H. Imlay* for the United States.

No. 977.   STERN ET UX. *v.* UNITED STATES.   C. A. 2d Cir.   Certiorari denied.   *Paul O'Dwyer* for petitioners. *Solicitor General Rankin, Acting Assistant Attorney General Yeagley, Philip R. Monahan* and *Carl G. Coben* for the United States.

No. 981.   PITTSTON COMPANY *v.* COMMISSIONER OF INTERNAL REVENUE.   C. A. 2d Cir.   Certiorari denied. *Rollin Browne* for petitioner.   *Solicitor General Rankin, Assistant Attorney General Rice, Harry Baum* and *Myron C. Baum* for respondent.

No. 983.   TELESERVICE CO. OF WYOMING VALLEY *v.* COMMISSIONER OF INTERNAL REVENUE.   C. A. 3d Cir. Certiorari denied.   *Edward P. Morgan* and *Herbert E. Forrest* for petitioner.   *Solicitor General Rankin, Assistant Attorney General Rice* and *Harry Baum* for respondent.

No. 985.   SMITH *v.* UNITED STATES.   C. A. 7th Cir. Certiorari denied.   *Charles A. Bellows* for petitioner. *Solicitor General Rankin, Assistant Attorney General Anderson, Beatrice Rosenberg* and *J. F. Bishop* for the United States.